UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT PAUL MELENDREZ,

        Plaintiff,

v.

MICHAEL COMPSTON, et al.,

        Defendants.

Case No. C15-917 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and

**ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. 80) is **GRANTED**; plaintiff's claims against defendants are **dismissed with prejudice.** Defendant John Caster is **dismissed as a party** for lack of jurisdiction.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 14th day of April, 2017.

                                              The Honorable Richard A. Jones
                                              United States District Judge