HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT PAUL MELENDREZ,

    Plaintiff,

v.

OFC. MICHAEL COMPSTON, *et al.*,

    Defendants.

Case No. C15-917 RAJ-BAT

ORDER

This matter comes before the Court on Plaintiff Vincent Paul Melendrez's Motion for Transcripts at Government Expense. Dkt. # 94. On April 14, 2017, the Court dismissed Melendrez's action against Defendants. Dkt. # 90. He appealed. Dkt. # 92. Melendrez now requests that the Court prepare "any transcripts which may exist, including discussions of the District Court which are on the record." Dkt. # 94. The Court did not hold a hearing or any other proceeding from which a transcript may be prepared. As such, the Court **DENIES** Melendrez's motion. Dkt. # 94.

DATED this 28th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1